# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CLEVER COVERS, INC.,**
**d/b/a Storm Stoppers,**

        **Plaintiff,**

-vs-                                                    **Case No. 6:06-cv-497-Orl-31KRS**

**CENTRAL FLORIDA WEATHER**
**PROTECTORS, INC.,**
**CLIFFORD A. CARLISLE,**
**d/b/a Central Fla Weather Stoppers,**
**d/b/a Central Florida Weather Protectors,**
        **Defendants.**

_____

## ORDER

      Upon consideration of Plaintiff's Motion to Dismiss Defendants' Counterclaim (Doc. 13) and Defendants' response thereto (Doc. 15), it is

      **ORDERED** that the Motion is DENIED; however, Counterplaintiffs' demand for consequential damages is STRICKEN.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on July 18, 2006.

                                                                    GREGORY A. PRESNELL
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party