UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLEVER COVERS, INC.                          CASE NO: 6:06-cv-00497-GAP-KRS
d/b/a STORM STOPPERS,
a Florida corporation,

           Plaintiff,
v.

CENTRAL FLORIDA WEATHER PROTECTORS, INC.,
a Florida corporation, and CLIFFORD A. CARLISLE d/b/a
CENTRAL FLA WEATHER STOPPERS, and d/b/a
CENTRAL FLORIDA WEATHER PROTECTORS,

           Defendants.
_____/

## **PERMANENT INJUNCTION**

THIS CAUSE comes before the Court for consideration of the parties' Stipulated Motion for Entry of Permanent Injunctive Relief (Doc. 25).  The Court has considered the Stipulation and has determined that a permanent injunction should be entered.

Therefore, it is ORDERED that:

1.     Defendants CENTRAL FLORIDA WEATHER PROTECTORS, INC., a Florida corporation, and CLIFFORD A. CARLISLE, an individual, d/b/a CENTRAL FLA WEATHER STOPPERS, and d/b/a CENTRAL FLORIDA WEATHER PROTECTORS and their respective owners, directors, officers, employees, agents, attorneys, successors, assigns, and those persons in active concert or participation with them are hereby **PERMANENTLY ENJOINED AND PROHIBITED** from using in any manner whatsoever including but not limited to using same in any business activity or organization or in connection with the offering for sale or sale of any product or service:

(a) the names/words/marks/symbols "Storm Stoppers" standing alone and/or with a stylized "S" and "Storm Stoppers and Design of the Words, the Letter 'S' as the Beginning of Each Word Looks Like a Hurricane", in any form or for any manner or reason including but not limited to the form embodied and for the reasons described in Federal Trademark Registration numbers 3065526 and 3153441 and Florida Trademark Registration number T05000000700 and any visual, textual, symbolic, or other readable or viewable forms substantially similar thereto;

(b) the names/words/marks/symbols/slogan "The Plywood Alternative" in any form or for any manner or reason including but not limited to the form embodied and for the reasons described in Federal Trademark Registration numbers 3070565 and 3125871 and Florida Trademark Registration number T05000000729 and any visual, textual, symbolic, or other readable or viewable forms substantially similar thereto;

(c) the mark/symbol/logo known and described as the "stylized 'S'" in any form or for any manner or reason including but not limited to the form embodied and for the reasons described in Federal Trademark Registration serial numbers 78775866 and 78775855 and Florida Trademark Registration numbers T05000001628 and T05000001629 specifically including but not limited to any symbol described as a "stylized 'S'" with a hole of any shape in its center and any visual, textual, symbolic, or other readable or viewable forms substantially similar thereto;

(d) the mark/symbol/logo known as "Design of Plywood and a Circle with a Line through it indicating Symbol for 'NO' across Plywood" in any form or for any manner or reason including but not limited to the form embodied and for the reasons described in Federal Trademark Registration serial number 78838651 and Florida Trademark Registration number T06000000857 and any visual, textual, symbolic, or other readable or viewable forms substantially similar thereto;

(e) the names/words/marks/symbols/slogan "Storm Stoppers" with a stylized "S" together with "The Plywood Alternative" in any form or for any manner or reason including but not limited to the form embodied and for the reasons described in Federal Trademark Registration number 3125871 and any visual, textual, symbolic, or other readable or viewable forms substantially similar thereto; and

(f) the names/words/marks/symbols/slogan "Clever Covers" in any form or for any manner or reason including but not limited to the form embodied and for the reasons described in Federal Trademark Registration serial numbers 78811221 and 78811123 and any visual, textual, symbolic, or other readable or viewable forms substantially similar thereto;

individually or in any combination or derivation thereof in any manner whatsoever including but not limited to identifying any business activity, organization, product, or service or using same in any website.

2. Defendants CENTRAL FLORIDA WEATHER PROTECTORS, INC., a Florida corporation, and CLIFFORD A. CARLISLE, an individual, d/b/a CENTRAL FLA WEATHER STOPPERS, and d/b/a CENTRAL FLORIDA WEATHER PROTECTORS and their respective owners, directors, officers, employees, agents,

attorneys, successors, assigns, and those persons in active concert or participation with them **ARE HEREBY ORDERED TO IMMEDIATELY**:

(a) abandon and cancel their attempt to register the names/words/marks/symbols/slogans/logos "Central Florida Weather Protectors with stylized 'S' symbol" and "For all your hurricane protection needs" as embodied in U.S. Patent and Trademark Office ("USPTO") serial number 78850421 and filed March 30, 2006 with the USPTO by filing all appropriate abandonment and cancellation paperwork with the USPTO and provide Plaintiff with proof of same.  If USPTO office action is or has been taken on the registration attempt described above prior to execution of this Injunction that results in the granting of a provisional, principal, or any other form of registration of the names/words/marks/symbols/slogans/logos described herein, Defendants shall expressly abandon and cancel same by filing all appropriate abandonment and cancellation paperwork with the USPTO and provide Plaintiff with proof of same.  If as of the date of execution of this Injunction Defendants have filed or otherwise sought or obtained any type or manner of trademark protection for the names/words/marks/symbols/slogans/logos described herein including "Storm Stoppers" standing alone and/or with a stylized "S" and "Storm Stoppers and Design of the Words, the Letter 'S' as the Beginning of Each Word Looks Like a Hurricane", the "The Plywood Alternative", the mark/symbol/logo known as the "stylized 'S'" with or without a hole of any shape in its center, the mark/symbol/logo known as "Design of Plywood and a Circle with a Line through it indicating Symbol for 'NO' across Plywood", and "Clever Covers" in any U.S. state/commonwealth, U.S. territory, or foreign nation, Defendants shall immediately and expressly abandon and cancel such registration(s) or attempt(s) to register and provide Plaintiff with proof of same.  If the USPTO or any similar state office action is taken on any pending registration attempt described herein prior to execution of this Injunction that results in the granting of a provisional, principal, or any other form of registration of the name/word/mark/symbol/slogan/logo the same or similar to "Storm Stoppers" standing alone and/or with a stylized "S" and "Storm Stoppers and Design of the Words, the Letter 'S' as the Beginning of Each Word Looks Like a Hurricane", the "The Plywood Alternative", the mark/symbol/logo known as the "stylized 'S'" with or without a hole of any shape in its center, the mark/symbol/logo known as "Design of Plywood and a Circle with a Line through it indicating Symbol for 'NO' across Plywood", and "Clever Covers" described herein, Defendants shall expressly abandon and cancel same by filing all appropriate abandonment and cancellation paperwork with the USPTO or any similar state office and provide Plaintiff with proof of same;

(b) refrain from using in commerce, advertising, or other reason the words "Stopper", "Stoppers", or "Stopperz" or any other words:

    (i) in any font the same as or substantially similar to the font embodied in the words "Storm Stoppers" as displayed in Federal Trademark Registration number 3125871;

    (ii) by stacking words on top of one another the same as or substantially similar to the stacking of the words "Storm Stoppers" as displayed in Federal Trademark Registration number 3125871;

3

      (iii)    in any color commonly described as red, reddish, or red-like; and

      (iv)    using any letters or symbols the same or substantially similar to the stylized "S" symbol embodied in Federal Trademark Registration serial numbers 78775866 and 78775855 and Florida Trademark Registration numbers T05000001628 and T05000001629 specifically including but not limited to any symbol described as a "stylized 'S'" with a hole of any shape in its center, and any generic or otherwise commonly used symbol for a hurricane or tropical storm.

(c)    refrain from using in commerce, advertising, or other reason the words "Instead of Plywood" or any other words:

      (i)    in any font the same as or substantially similar to the font embodied in the words "The Plywood Alternative" as displayed in Federal Trademark Registration numbers 3070565 and 3125871 and Florida Trademark Registration number T05000000729 and any visual, textual, symbolic, or other readable or viewable forms substantially similar thereto; and

      (ii)    by stacking words on top of one another the same as or substantially similar to the stacking of the words "Storm Stoppers" on top of "The Plywood Alternative" as displayed in Federal Trademark Registration number 3125871.

(d)    refrain from using in commerce, advertising, or any other reason Plaintiff's valid and enforceable copyrights in the "*Storm-Stoppers.com Website*" and "*Installation instructions for storm stoppers*" works as expressed in U.S. Copyright Registration Numbers TX-6-188-379, TX-6-188-380, and TX-6-397-913; and

(e)    remove from the Defendants' website(s) and any other visual advertising or marketing medium any and all photographs or other visual representations of any homes or businesses with corrugated plastic storm protection panel products affixed thereto that were taken during the time that Plaintiff and Defendants had contractual obligations towards one another.

      3.    The limitations described herein encompass, but are not limited to, a restriction on the use of the above names/words/marks/symbols/slogans/logos and copyrights or any other combination or derivation thereof in all advertising and marketing materials, business cards, letterhead, websites, meta-tags, building, road, and vehicle signage and placards, corporate or other business entity names, fictitious names, and federal and state trademark or copyright applications.

      4.    Should Defendants elect to continue with their business(es) and adopt alternative names/words/marks/symbols/slogans/logos and textual, sound, and visual material for identification or marketing purposes, Defendants shall refrain from

communicating orally, in writing, or any other conceivable manner that their business(es) are or were "formerly known as" or "formerly associated with" (or words to that effect) Plaintiff and any of the above identified names/words/marks/symbols/slogans/logos and textual, sound, and visual material or any other combination or derivation thereof.

5.   This Permanent Injunction shall be effective immediately and unless expressly modified by the Court shall survive *ad infinitum* regardless of any settlement, dismissal, judgment, or other disposition of this case.

**DONE AND ORDERED** in Orlando, Florida this 29th day of May 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record